FILED '08 SEP 03 14:50 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                **Plaintiff,**

v.                          CR No. 02-195-HO-1

CHRISTOPHER LOUIS WIMBERLY,

                **Defendant.**

## ORDER CONTINUING SUPERVISED RELEASE WITH
## MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE

On March 19, 2003, the defendant appeared before Judge Anna J. Brown sitting in the court in Portland, Oregon, who fixed the period of supervised release at three (3) years subject to standard and special conditions. The term of supervised release commenced on August 17, 2007.

On June 27, 2008 this court issued a petition for summons and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegations that defendant violated the conditions of supervised release.

On September 2, 2008 defendant appeared before The Honorable Michael R. Hogan and admitted violating conditions of supervised release by failure to participate in

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF
CONDITIONS OF SUPERVISED RELEASE - PAGE 1

a drug treatment program as instructed, use of controlled substances, and failure to adhere to a home detention schedule as alleged by the probation officer.

THE COURT FINDS that the defendant has violated conditions of his supervised release.

THE COURT FINDS that defendant is suitable for continued community supervision.

IT IS ORDERED that defendant's term of supervised release be continued under the original terms and conditions and with modified conditions of supervised release as follows:

1) The defendant shall participate in a residential re-entry center for a period of 180 days at the direction of the U.S. Probation Officer and the residential re-entry center manager.

2) The defendant shall enroll in and complete a parenting class at the direction of the U.S. Probation Officer, the defendant shall pay all or part of the costs of this class.

3) The defendant shall participate in a cognitive skills program or other general mental health treatment program as directed by the U.S. Probation Officer and shall pay all or part of the costs involved in this program.

All other aspects of the original order shall remain in full force and effect.

Dated: September 3, 2008.

MICHAEL R. HOGAN
United States District Judge

cc: Probation Office
Counsel of Record

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE - PAGE 2